UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV 11-7389-MAN                                      Date: October 27, 2011

Title:   Anthony Martinez, et al. v. Crosspoint Associates LLC, et al.

PRESENT:  HONORABLE MARGARET A. NAGLE, U.S. MAGISTRATE JUDGE

E. Carson                                             N/A
Courtroom Deputy                              Court Reporter/CourtSmart

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                     NO APPEARANCE

PROCEEDINGS:      ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than November 10, 2011, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

  !   Answer by the defendant(s) or plaintiff's request for entry of default.

  !   Plaintiff's filing of an application to the clerk to enter default judgment

  !   Plaintiff's filing of a noticed motion for entry of default judgment.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90                                                                                Initials of Deputy Clerk   efc
CIVIL -- GEN