JS - 6
**FILED: 3/12/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Anthony Martinez and Darlene Valdivias,* | CASE NO. CV 11-7389-GHK (Ex) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Crosspoint Associates, LLC,* | |
| Defendant. | |

Pursuant to the Court's March 12, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Anthony Martinez and Darlene Valdivias **SHALL** have judgment against Defendant Crosspoint Associates, LLC in the total amount of $32,863.66, consisting of $23,000 in actual and statutory damages, $9,360.00 in attorney's fees, and $503.66 in costs.  The actual and statutory damages of $23,000.00 are to be distributed as follows: Plaintiff Anthony Martinez **SHALL** receive $12,000.00 ($10,000.00 in actual damages and $1,000.00 in statutory damages under the Fair Debt Collection Practices Act ("FDCPA"), and $1,000.00 in statutory damages under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA")).  Plaintiff Darlene Valdiviaz **SHALL** receive $11,000.00 ($10,000.00 in actual damages and $1,000.00 in statutory damages under the FDCPA).  IT IS FURTHER ADJUDGED that post-judgment interest shall accrue on the

1  judgment amount of $32,863.66 pursuant to 28 U.S.C. § 1961(a).

2

3  **IT IS SO ORDERED**.

4

5  DATED: March 12, 2012

6  _____

7  GEORGE H. KING
   United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28